JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a North Carolina corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES DEVONEY BROUGHTON, PAUL BROUGHTON and MARK K.C. BROUGHTON,<br><br>Defendants. | Case No.: 2:15-cv-1084-AB-AS<br><br>Assigned to the Hon. André Birotte Jr.<br><br>[~~PROPOSED~~] **DECLARATORY JUDGMENT**<br><br>Filing Date: February 13, 2015 |

On June 24, 2015 and August 20, 2015, good cause appearing therefore, this Court granted applications for default judgment in favor of plaintiff Integon Preferred Insurance Company ("Integon") and against defendants Mercedes Broughton, Paul Broughton and Mark K. C. Broughton ("the Broughton defendants").

Declaratory judgment is therefore entered in favor of Integon and against the Broughton defendants as follows:

//
//
//
//
//

1

1   Integon has no obligation under policy numbers PCA386195 and PCA386195 to defend the Broughton defendants with respect to the action entitled *Madero v. Broughton*, Los Angeles Superior Court Case No. BC566767 ("the Underlying Action"); and

Integon has no obligation under policy numbers PCA386195 and PCA386195 to indemnify the Broughton defendants with respect to the Underlying Action.

DATED: August 31, 2015        By: _____

Hon. André Birotte Jr.

United States District Court Judge